## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARET SICKMAN**<br>Plaintiff,<br><br>   **v.**<br><br>**FLOWER FOODS/TASTY BAKING COMPANY**,<br>Defendant. | **CIVIL ACTION NO.**<br>**2:19-cv-06137-MMB** |

## ORDER RE MOTION FOR RELIEF FROM A FINAL ORDER

**AND NOW**, this 5th day of October 2021, upon consideration of Plaintiff Margaret Sickman's Motion for Relief from a Final Order Pursuant to Fed. R. Civ. P. 60(b)(6) (ECF 15) and Defendant's Response in Opposition to Plaintiff's Motion for Relief from a Final Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) (ECF 6), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**

O:\CIVIL 19\19-6137 Sickman v. Flowers Foods\Sickman Order re Mot. for Relief from Final Order (19-6137).docx